**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JAJAIRA CAROLINA HUANAGA-LUNA,** | § § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| **PAMELA BONDI,** *Attorney General*; **KRISTI NOEM,** *Secretary, U.S. Department of Homeland Security*; **TODD M. LYONS,** *Acting Director of Immigration and Customs Enforcement*; **MARISA FLORES,** *Director, El Paso Field Office Immigration and Customs Enforcement*; **MARY DE ANDA-YBARRA,** *Acting Field Office Director for the ERO El Paso Camp East Montana*; **and** **CURTIS TAYLOR,** *Commanding General, U.S. Army at Fort Bliss*, | § § § § § § § § § § § § § § § § | **EP-26-CV-00462-DCG** |
| *Respondents*. | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

The Court **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** pursuant to

the parties' "Stipulation of Dismissal" (ECF No. 12).

The Court thereby **CLOSES** the case.

**So ORDERED and SIGNED this 7th day of April 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**